```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
RODOLFO MOREL,                                               :
                                        Plaintiff,           :
                                                             :      22 Civ. 267 (LGS)
                    -against-                                :
                                                             :           ORDER
WHP MEZZ BORROWER LLC., et al.,                              :
                                        Defendants.          :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 23, 2022, the Court was informed that the parties have reached a settlement agreement in principle. It is hereby

**ORDERED** that, by **October 21, 2022**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199, 206 (2d Cir. 2015*), cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc*., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

**ORDERED** that all conferences are **CANCELED**. It is further

**ORDERED** that, by **September 30, 2022**, Plaintiff shall file a letter regarding the status of any claims against Defendant Galil Realty LLC.

Dated: September 26, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE