# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL 212.687.7410  
FAX 212.687.3285  
WWW.CBDM.COM

October 21, 2022

**VIA ECF**

Honorable Lorna D. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application **GRANTED**. The deadline for the parties to submit the settlement agreement to the Court for approval pursuant to *Cheeks* is extended to **October 28, 2022**.
>
> Dated: October 24, 2022
> New York, New York
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re:  *Rodolfo Morel v. WHP Mezz Borrower LLC, et al.*,
     Case No. 1:22-cv-00~~2267~~ 267 (LGS)

Dear Judge Schofield:

This firm represents defendants WHP Mezz Borrower LLC, Nieuw Amsterdam Property Management, LLC and Brad Hersh (the "Defendants") in the above-referenced action.

Pursuant to Sections IV.A.2 of Your Honor's Individual Rules and Procedures for Civil Cases, we write jointly with counsel for Plaintiff to seek a one-week extension of the deadline for the parties to file their settlement agreement and joint submissions with the Court for fairness review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 824 (2016). We respectfully request that the deadline be extended from today, Friday, October 21, through and including Friday, October 28.

This is the first request for an extension of the submission deadline, directed by this Court in an Order entered September 26. *See* Dkt. No. 29. No other dates or deadlines would be affected by the request.

Subsequent to final negotiations concerning settlement language this week, Defendants are currently reviewing draft paperwork that would memorialize and give effect to the parties' agreement. While counsel for both parties expect that the settlement paperwork will be approved in its current form and quickly executed, as of this writing Defendants' counsel has not yet received approval as to the final proposed language.

We thank the Court for its consideration of this request.

Respectfully Submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for Defendants*

By:  *[signature]*
     Stephen P. Pischl

**CLIFTON BUDD & DEMARIA, LLP**

Hon. Lorna D. Schofield, U.S.D.J.
October 21, 2022
Page 2


cc:     **VIA ECF**
        FISHER TAUBENFELD LLP
        *Attorneys for the Plaintiff*