UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

RODOLFO MOREL,

                              Plaintiffs,

                 -against-

WHP MEZZ BORROWER LLC, et al.,

                              Defendants.

----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 11/14/2022 __
```

22-CV-00267(SN)

ORDER OF DISMISSAL

SARAH NETBURN, United States Magistrate Judge:

        On October 31, 2022, the parties filed a settlement agreement and motion for settlement

approval. ECF No. 34. Accordingly, a Fair Labor Standards Act settlement fairness hearing is

scheduled for Wednesday, November 30, 2022, at 10:30 a.m. in Courtroom 219, Thurgood

Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any

party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        New York, New York
              November 14, 2022