UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2022

RODOLFO MOREL,

                       **Plaintiff,**         22-CV-00267(SN)

    -against-                                  **ORDER**

WHP MEZZ BORROWER LLC, et al.,

                       **Defendants.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The Order of Dismissal at ECF No. 37 is VACATED.

**SO ORDERED.**

DATED:    New York, New York
               November 16, 2022