UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RODOLFO MOREL,

          **Plaintiff,**

    -against-

WHP MEZZ BORROWER LLC, et al.,

          **Defendants.**

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2022

22-CV-00267(SN)

ORDER OF DISMISSAL

**SARAH NETBURN, United States Magistrate Judge:**

    In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on October 31, 2022, the parties filed a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 34. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:    New York, New York
                November 16, 2022